THE STATE OF LOUISIANA *v.* THE JUDGE OF THE TWELFTH JUDICIAL DISTRICT.

ON an application for a mandamus to the Judge of the Twelfth Judicial District Court, Parish of Ouachita.

*W. J. G. Baker*, for the applicant.

SLIDELL. C. J. For the reasons assigned in the case of *The State* v. *the Judge of the Sixth Judicial District Court*, this day decided, it is ordered that the mandamus prayed for be refused, and the applicant pay costs.